■ In the Matter of JILL GUTTMAN, Appellant, v CITY OF NEW YORK et al., Respondents. [20 NYS3d 886]—

Order and judgment (one paper), Supreme Court, New York County (Manuel J. Mendez, J.), entered December 11, 2013, denying the petition seeking to, among other things, annul respondents' determination, dated May 7, 2012, which gave petitioner, a probationary teacher, an unsatisfactory rating for the 2010-2011 school year, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Respondents' determination is supported by the record, and petitioner failed to show that it was arbitrary and capricious or made in bad faith (*see Matter of Richards v Board of Educ. of the City Sch. Dist. of the City of N.Y.*, 117 AD3d 605, 606 [1st Dept 2014]). The record shows that the unsatisfactory rating was based on numerous observations by the school principal and that petitioner's performance failed to improve even though she was provided with support from a literacy coach, a math coach, and other teachers (*see id.*). The audiotapes of meetings between the principal and petitioner do not demonstrate antiunion bias by the principal. Concur—Mazzarelli, J.P., Acosta, Moskowitz and Richter, JJ.